1  CDF LABOR LAW LLP
   Dan M. Forman, State Bar No. 155811
2  dforman@cdflaborlaw.com
   Ronald Gomez, State Bar No. 337091
3  rgomez@cdflaborlaw.com
   707 Wilshire Boulevard, Suite 5150
4  Los Angeles, CA 90017
   Telephone: (213) 612-6300
5
6  Attorneys for Defendant
   ECORE INTERNATIONAL, INC.

7  Christopher K. Monelt, Esq. Bar No. 224478
   THE SOUTHERN CALIFORNIA INJURY LAW GROUP
8  Socalinjurylawgroup@gmail.com
   2667 Camino Del Rio South, Suite 314
9  San Diego, California 92108
   Office: 858-344-1924
10 Fax: 619-793-1023

11 Attorneys for Plaintiff
   DAMIAN BARRERA

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN BARRERA,<br><br>        Plaintiffs,<br>vs.<br><br>ECORE INTERNATIONAL, and DOES 1-10,<br><br>        Defendants. | Case No. 5:24-cv-02397-MAA<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) – AND - [~~PROPOSED~~] ORDER RE JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Courtroom: 880<br>Hon. Magistrate Judge Maria A. Audero |

1  Pursuant to <u>Federal Rules of Civil Procedure 41(a)(1)(A)(ii)</u>, IT IS HEREBY
2  STIPULATED by and between the parties, Plaintiff DAMIAN BARRERA, and
3  Defendant ECORE INTERNATIONAL, INC. (both referred to herein as the
4  "Parties"), through their undersigned counsel of record, the above-captioned action
5  shall be **<u>dismissed in its entirety WITH prejudice, each party to bear their own</u>**
6  **<u>costs and fees</u>**.

Dated: April 22, 2025          CDF LABOR LAW LLP

By: _____
Dan M. Forman
Attorneys for Defendants
ECORE INTERNATIONAL, INC.

Dated: April 22, 2025          THE SOUTHERN CALIFORNIA INJURY LAW GROUP

By:    /s/ *Christopher Monelt*
Christopher Monelt
Attorneys for Plaintiff
DAMIAN BARRERA

# [~~PROPOSED~~] ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On April ___, 2025, Plaintiff DAMIAN BARRERA, and Defendant ECORE INTERNATIONAL, INC., filed the JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) requesting that this Honorable Court dismiss this action with prejudice, with each party to bear his or its own attorneys' fees and costs.

**GOOD CAUSE APPEARING THEREON, IT IS HEREBY ORDERED THAT:**

This action is dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 04/24/25

_____
Hon. Magistrate Judge Maria A. Audero
of the Central District of California